AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED SEP 0 1 2020 US MARSHALS SERVICE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2020 SEP -9 P 3:49

| | |
|---|---|
| United States of America<br>v.<br>SETH SHACKFORD et al<br>EDGAR CENTARICZKI<br><br>_Defendant_ | )<br>)   Case No.   20-cr-90-SM-03/04<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Edgar Centariczki                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 USC §2(a); 21 USC §§841(a)(1) & 841(b)(1)(C) Distributing a Controlled Substance

Date:   09/01/2020

City and state:   Concord, New Hampshire

_Issuing officer's signature_

Megan Cahill, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  9/1/20  , and the person was arrested on _(date)_  9/8/20
at _(city and state)_  DOVER, NH  .

Date:  9/8/20

_Arresting officer's signature_

Daniel Cracroft, DUSM
_Printed name and title_